**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1889**

---

MCDHOLDINGS, LLC,

       Plaintiff - Appellee,

and

MATTHEW MCDONALD,

       Plaintiff,

     v.

CHRISTIAN E. D'ANDRADE, SR.,

       Defendant - Appellant,

and

EDWARD G. ROBINSON; EDWARD G. ROBINSON III CONSULTING, LLC; CARLA DESILVA MCPHUN; CADEM CAPITAL GROUP; CHOICE MANAGEMENT, LLC,

       Defendants.

---

**No. 21-1890**

---

MCDHOLDINGS, LLC,

       Plaintiff - Appellee,

and

MATTHEW MCDONALD,

        Plaintiff,

    v.

CARLA DESILVA MCPHUN,

        Defendant - Appellant,

    and

CHRISTIAN E. D'ANDRADE, SR.; EDWARD G. ROBINSON; EDWARD G. ROBINSON III CONSULTING, LLC; CADEM CAPITAL GROUP; CHOICE MANAGEMENT, LLC,

        Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:18-cv-00697-LMB-TCB)

---

Submitted:  January 30, 2023                          Decided:  July 17, 2023

---

Before GREGORY, THACKER, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christian E. D'Andrade, Sr., Carla Desilva McPhun, Appellants Pro Se.  Cathy Ann Hinger, Jeffrey L. Tarkenton, WOMBLE BOND DICKINSON (US) LLP, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Christian E. D'Andrade, Sr., and Carla Desilva McPhun appeal the district court's order accepting the recommendation of the magistrate judge, granting Plaintiffs' motion for default judgment on their 18 U.S.C. § 1962(c), (d) claims, and assessing damages, attorney's fees, and costs against D'Andrade and McPhun. Appellants waived any challenge to the award of attorney's fees by failing to object to the magistrate judge's recommendation on that issue after being warned of the consequences of failure to object. *United States v. Midgette*, 478 F.3d 616, 621-22 (4th Cir. 2007). As to their remaining claims, we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *McDonald v. McPhun*, No. 1:18-cv-00697-LMB-TCB (E.D. Va. July 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*